**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE T. LEGE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. SA CV 11-01336 JAK (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred.  The Court has conducted a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: September 6, 2012

　　　　　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　	　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE