**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDE T. LEGE, | ) | CASE NO. SA CV 11-01336 JAK (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court has conducted a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: September 6, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE