O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDE T. LEGE, | ) | CASE NO. SA CV 11-01336 JAK (RZ) |
|            Plaintiff, | ) ) ) | JUDGMENT |
|   vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
|            Defendant. | ) ) | |

This matter came before the Court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted findings and recommendations in the Report,

IT IS HEREBY ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: September 6, 2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE